EDWIN J. EVANS, Appellant, *v.* JEREMIAH H. CARROLL, as Comptroller of the County of Oneida, Respondent.

*Evans* v. *Carroll*, 166 App. Div. 962, affirmed.

(Argued February 8, 1918; decided March 5, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1915, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to issue his warrant upon the treasurer of Oneida county for $833.30 in payment for service rendered by the plaintiff as special deputy clerk

attending upon Supreme and County Courts of Oneida county from June 1, 1913, to March 31, 1914, pursuant to chapter 367 of the Laws of 1913, and a resolution of the board of supervisors, duly adopted, fixing the salary of such special deputy clerk at $1,000 per year. The ground of opposition was that said sum was not payable owing to the provisions of chapter 10 of the Laws of 1898, known as the Oneida County Clerk's Salary Act, and that by the payment to the county clerk of the salary provided thereby payment had been made to him for the services of the relator, and that said chapter 367 of the Laws of 1913 was in contravention of sections 18 and 28 of article 3 of the Constitution.

*H. C. Sholes* for appellant.
*John D. McMahon* for respondent.

Order affirmed, with costs, on the ground that chapter 10 of the Laws of 1898 is still in full force and effect; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, CRANE and ANDREWS, JJ. Dissenting: POUND, J.